### IN RE CLAIM OF THELMA C. READE.

(Filed 21 March, 1934.)

**Receivers E b—**

> The claim for services rendered an individual is not entitled to a preference upon the individual's insolvency and receivership, C. S., 1197, applying only to employees of an insolvent corporation.

CIVIL ACTION, before *McElroy, J.,* at November Term, 1933, of BUNCOMBE.

A receiver was appointed for the defendant in a civil action duly constituted in the Superior Court. Thereafter the wife of defendant filed a petition with the receiver to have allowed a claim of $363.05 for services rendered the defendant prior to the receivership and claiming a lien for said sum by virtue of C. S., 1197. The judge of the county court allowed the claim of the petitioner as a common creditor in the sum of $160.00. The judge of the Superior Court affirmed the judgment of the county court, and the claimant appealed.

*John C. Cheesborough for claimant.*
*Frank Walton for receiver.*

PER CURIAM. Liens are created by statute except such as arise from the application of equitable principles. C. S., 1197, created a lien for certain employees of an insolvent corporation. The claimant was an employee of an individual and not of a corporation, and hence does not come within the provisions of the statute.

Affirmed.